UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DR. JOYCE BROWN            )
                           )
v.                         )      NO. 3:10-0398
                           )      JUDGE CAMPBELL
WALGREEN CO.               )

ORDER

I hereby recuse myself from this action.

IT IS SO ORDERED.

*[signature: Todd Campbell]*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE