```
IN THE UNITED STATES DISTRICT COURT
  FOR THE MIDDLE DISTRICT OF TENNESSEE
           NASHVILLE DIVISION
```

DR. JOYCE BROWN,            )
                            )
    Plaintiff,              )
                            )    No: 3:10-0398  **LEAD CASE**
        v.                  )    Judge Nixon/Bryant
                            )    **Jury Demand**
WALGREEN COMPANY,           )
                            )
    Defendant.              )

                    CONSOLIDATED WITH

DR. JOYCE BROWN,            )
                            )
    Plaintiff,              )
                            )    No: 3:10-0447
        v.                  )    Judge Echols/Bryant
                            )    **Jury Demand**
CVS PHARMACY, INC.,         )
                            )
    Defendant.              )


DR. JOYCE BROWN,            )
                            )
    Plaintiff,              )
                            )    No: 3:10-0439
        v.                  )    Judge Haynes/Bryant
                            )    **Jury Demand**
K-MART CORPORATION,         )
                            )
    Defendant.              )


DR. JOYCE BROWN,            )
                            )
    Plaintiff,              )
                            )    No: 3:10-0414
        v.                  )    Judge Trauger/Bryant
                            )    **Jury Demand**
WAL-MART ASSOCIATES, INC.,  )
                            )
    Defendant.              )

### **O R D E R**

Senior Judge Nixon has entered an order consolidating the above cases for discovery and trial (Docket Entry No. 18). An

initial case management conference is set before the undersigned Magistrate Judge on **Monday, July 26, 2010, at 11:00 a.m.**, in Courtroom 776, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. Counsel shall file a proposed case management order three (3) business days prior to July 26, 2010.

It is so **ORDERED**.

<pre>
                                    s/ John S. Bryant
                                    JOHN S. BRYANT
                                    United States Magistrate Judge
</pre>